No. 80–6131. RICHARD *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 80–6144. LOGAN *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 80–6148. McKINNIE *v.* WISCONSIN; and
No. 80–6149. JONES *v.* WISCONSIN. Ct. App. Wis. Certiorari denied. Reported below: 98 Wis. 2d 749, 297 N. W. 2d 515.

No. 80–6150. BRYANT *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 80–6152. LEACHMAN *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 80–6157. RUTLEDGE *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir. Certiorari denied.

No. 80–6158. UNWIN *v.* VERMONT. Sup. Ct. Vt. Certiorari denied.

No. 80–6160. SEVERA *v.* PENNSYLVANIA UNEMPLOYMENT COMPENSATION BOARD OF REVIEW ET AL. C. A. 3d Cir. Certiorari denied.

No. 80–6163. JOHNS *v.* KING, LIEUTENANT GOVERNOR OF HAWAII, ET AL. Sup. Ct. Haw. Certiorari denied.

No. 80–6170. RHODES *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 80–6171. TAYLOR *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. Sup. Ct. Fla. Certiorari denied.